## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOHN MANDRACCHIA,

                Plaintiff,

                                                          Case No. 05-CV-0959 (SCR)

    -against-

AMBOY BUS CO., INC.

                Defendant,
-------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff JOHN MANDRACCHIA Defendant AMBOY BUS CO., INC., through their respective counsel undersigned below, that this entire action shall be, and the same is hereby, dismissed <u>with prejudice</u>, each party to bear his, her or its own costs of litigation and attorneys' fees.

Dated: February 3, 2006

| | |
|---|---|
| Paul N. Cisternino (PC-0317) | Jeffrey D. Pollack (JP-1409) |
| Law Office of Paul N. Cisternino. P.C. | MINTZ and GOLD LLP |
| 701 Westchester Ave., Suite 308 W | 470 Park Avenue South, 10th Floor |
| White Plains, NY 10604 | New York, New York 10016 |
| Telephone: (914) 997-0303 | Telephone: (212) 696-4848 |
| By _____ | By _____ |
| Paul Cisternino (PC-0317) | Jeffrey D. Pollack (JP-1409) |
| Attorneys for John Mandracchia, | Attorneys for Amboy Bus Co., Inc. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JOHN MANDRACCHIA,

                Plaintiff,

                                            Case No. 05-CV-0959 (SCR)

    -against-

AMBOY BUS CO., INC.

                Defendant,
--------------------------------------------------------X

## ORDER

It is so ORDERED, good cause appearing therefor, and this entire action is hereby dismissed with prejudice, each party to bear his, her or its own costs of litigation and attorneys' fees.

*Case Closed*

Dated: Febraury 14, 2006.

_____
United States District Judge